

EOD
08/20/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re § | | |
| § | | |
| Avalon Home Health, Inc. § | Case No. 14-42450 | |
| 2009 Independence § | | |
| Sherman, TX 75090 § | | |
| GRAYSON-TX § | | |
| Tax ID / EIN: 75-2525436 § | | |
| § | | |
| Debtor § | Chapter 11 | |
| § | | |

# ORDER GRANTING UNITED STATES TRUSTEE'S
# MOTION TO DISMISS

Came on for consideration the United States Trustee's Motion to Dismiss ("Motion") filed in the above-numbered and captioned bankruptcy case ("Case"). The Court finds that the Motion was properly noticed and after consideration of the record, applicable evidence, argument and law, and any responses filed to the Motion, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that the Case is hereby dismissed with prejudice to re-filing under any chapter of Title 11 for a period of 180 days from this Order unless obtaining previous authorization from the Court with notice to the U.S. Trustee.

SO ORDERED AND ADJUDGED.

Signed on 8/20/2015

_Brenda T. Rhoades_ SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

U.S. Trustee William T. Neary

By: /s/ Marc Salitore
Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702
903-590-1450
Email: marc.f.salitore@usdoj.gov

Avalon Home Health, Inc.

By: /s/ Martin Thomas
Martin K. Thomas
P.O. Box 36528
Dallas, TX 75235
(214) 951-9466
Fax : 855-301-8792
Email: thomas12@swbell.net